# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| JERMEAL WHITE, | : | Case No. 1:19-cv-33 |
| Plaintiff, | : | Judge Timothy S. Black |
| | : | Magistrate Judge Stephanie K. Bowman |
| vs. | : | |
| MICHAEL DILLOW, *et al.*, | : | |
| Defendants. | : | |

## DECISION AND ENTRY
## ADOPTING THE REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 6)

This case is before the Court pursuant to the Order of General Reference to United States Magistrate Judge Stephanie K. Bowman. Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court and, on April 1, 2019, submitted a Report and Recommendation. (Doc. 6). Plaintiff Jermeal White filed an objection on April 22, 2019.[1] (Doc. 11).

Plaintiff's sole objection relates to the Magistrate Judge's dismissal of his claim regarding Defendants' alleged failure to provide grievance forms. Plaintiff argues that he is entitled to an effective grievance process. However, the Court finds that the Report and Recommendation correctly cited to Sixth Circuit precedent in ruling that Plaintiff has no constitutional right to an effective grievance procedure. (Doc. 6 at 4 (citing *Walker v.*

---

[1] Plaintiff filed a motion for extension of time to file objections to the Magistrate Judge's Report and Recommendation on April 11, 2019. (Doc. 7). For good cause shown, that motion is GRANTED and Plaintiff's objection (Doc. 11) is deemed timely.

*Mich. Dep't of Corrections*, 128 F. App'x 441, 445 (6th Cir. 2005); *Argue v. Hofmeyer*, 80 F. App'x 427, 430 (6th Cir. 2003). Accordingly, Plaintiff's objection fails.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that the Report and Recommendation (Doc. 6) should be and is hereby **ADOPTED** in its entirety.

Accordingly, for the reasons stated above:

1) Pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b), the complaint (Doc. 1) is **DISMISSED with prejudice**, **with the exception of** Plaintiff's Eighth Amendment claim against Defendant Michael Dillow and the unnamed defendant corrections officers.

**IT IS SO ORDERED.**

Date:   4/26/19

Timothy S. Black
United States District Judge