UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JERMEAL WHITE, | : | Case No. 1:19-cv-33 |
| | : | |
| Plaintiff, | : | Judge Timothy S. Black |
| | : | Magistrate Judge Stephanie K. Bowman |
| vs. | : | |
| | : | |
| MICHAEL DILLOW, *et al.*, | : | |
| | : | |
| Defendants. | : | |

**DECISION AND ENTRY**
**ADOPTING THE REPORT AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 46)**

This case is before the Court pursuant to the Order of General Reference to United States Magistrate Judge Stephanie K. Bowman. Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court and, on June 15, 2020, submitted an Order and Report and Recommendation. (Doc. 46). On June 29, 2020, Plaintiff filed a response stating that he does "not disagree or dispute anything in the report and recommendation[.]" (Doc 48 at 1).

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that the Report and Recommendation should be and is hereby **ADOPTED** in its entirety.

Accordingly, for the reasons stated above, Plaintiff's motions for injunctive relief (Docs. 33, 35) are **DENIED**.

2

**IT IS SO ORDERED.**

Date:    6/30/2020                                        *s/Timothy S. Black*
                                                                                             Timothy S. Black
                                                                                             United States District Judge